UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IDRIS TURNER,

          Petitioner,

v.

JEFFREY UTTECHT,

          Respondent.

Case No. C14-470 RAJ-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed Petitioner's 28 U.S.C. § 2254 habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **Orders** as follows:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner's 28 U.S.C. § 2254 habeas petition is **DISMISSED** with prejudice;

3. Petitioner is **DENIED** issuance of a certificate of appealability; and

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

DATED this 22nd day of September, 2014.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL- 1